UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUAN VAN TRAN,<br><br>                      Petitioner,<br><br>v.<br><br>KRISTI NOEM, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; PAMELA BONDI, ATTORNEY GENERAL; TODD LYONS, ACTING DIRECTOR OF IMMIGRATION AND CUSTOMS ENFORECEMENT; JESUS ROCHA, ACTING FIELD OFFICE DIRECTOR, SAN DIEGO FIELD OFFICE, CHRISTOPHER LAROSE, WARDEN OF OTAY MESA DETENTION CENTER,<br><br>                      Respondents. | Case No.: 25-cv-2334-JES-MSB<br><br>**ORDER GRANTING MOTION TO APPOINT COUNSEL**<br><br>[ECF No. 2] |

      Before the Court is Petitioner's Motion for Appointment of Counsel. ECF No. 2. Petitioner moves for appointment of counsel pursuant to 18 U.S.C. § 3006A(a)(2). *Id*. Under this statute, the district court may appoint counsel for an impoverished habeas petitioner seeking relief under 28 U.S.C. § 2241 whenever "the court determines that the

interest of justice so require …" *Bashor v. Risley*, 730 F.2d 1228, 1234 (9th Cir. 1984) (quoting 18 U.S.C. § 3006A(g)). The Court "must evaluate both the likelihood of success on the merits and the ability of the petitioner to articulate his claims *pro se* in light of the complexity of the legal issues involved." *Rand v. Rowland*, 113 F.3d 1520 (9th Cir. 1997) (citations omitted).

The Federal Defenders of San Diego, Inc., is ready and able to assist Petitioner in this matter. *See generally* ECF No. 2. Having carefully considered the arguments raised in Petitioner's motion, the Court finds that the appointment of counsel is appropriate in this case. The Court therefore **GRANTS** Petitioner's motion for appointment of counsel and **APPOINTS** Federal Defenders of San Diego, Inc. to represent him.

**IT IS SO ORDERED.**

Dated: September 16, 2025

Honorable James E. Simmons Jr.
United States District Judge