1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                  SOUTHERN DISTRICT OF CALIFORNIA
10

11    TUAN VAN TRAN,                     Case No.: 25-cv-2334-JES-MSB

12                            Petitioner,
                                         **ORDER:**
13    v.
                                         **(1) REQUIRING RESPONSE TO**
14    KRISTI NOEM, SECRETARY OF THE      **PETITION FOR WRIT OF HABEAS**
      DEPARTMENT OF HOMELAND             **CORPUS; and**
15    SECURITY; PAMELA BONDI,
      ATTORNEY GENERAL; TODD             **(2) SETTING BRIEFING**
16    LYONS, ACTING DIRECTOR OF          **SCHEDULE**
      IMMIGRATION AND CUSTOMS
17    ENFORECEMENT; JESUS ROCHA,
      ACTING FIELD OFFICE DIRECTOR,      **[ECF No. 1]**
18    SAN DIEGO FIELD OFFICE,
19    CHRISTOPHER LAROSE, WARDEN
      OF OTAY MESA DETENTION
20    CENTER,
21
22                          Respondents.
23

24        Before the Court is Petitioner's Petition for Writ of Habeas Corpus pursuant to 28

25    U.S.C. § 2241. ECF No. 1. The case was transferred to this Court on September 16, 2025.

26    ECF No. 3.  Respondents are **ORDERED TO SHOW CAUSE** as to why the Petition

27    should not be granted by filing a response to the Petition by **October 16, 2025**. The

28

1  response shall include any documents relevant to the determination of the issues raised in

2  the Petition and address whether an evidentiary hearing on the Petition is needed.

3      Respondents shall serve a copy of the response on the Petitioner. Petitioner may

4  file an optional traverse in support of the Petition by **November 6, 2025**. The Court takes

5  the matter under submission and no oral argument will be required.

6      **IT IS SO ORDERED.**

7

8  Dated: September 16, 2025

Honorable James E. Simmons Jr.
United States District Judge